**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 96-41233
Summary Calendar

ELIZABETH DUGAS,

Plaintiff-Appellant,

VERSUS

Jefferson County, Texas, et al.,

Defendants,

JEFFERSON COUNTY, TEXAS,

Defendant-Appellee.

Appeal from the United States District Court
For the Eastern District of Texas
(1:95-CV-437)

September 2, 1997

Before KING, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:*

Elizabeth Dugas ("Dugas") appeals from the district court jury

verdict in her suit against Jefferson County, Texas, for

---

*Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1

compensatory damages for an unconstitutional strip search she suffered in Jefferson County jail. Dugas claims the district court erred in denying her motion for a new trial and for denying attorney's fees and adequate costs pursuant to 42 U.S.C. § 1988.

We have reviewed the briefs of the parties and the record. Finding no reversible error, we **AFFIRM** for essentially the same reasons enunciated by the district court.